

# Case Assignment
## Standard Civil Assignment

Case number **3:18CV-512-RGJ**

Assigned : Judge Rebecca Grady Jennings
Judge Code : A961

Designated Magistrate Judge : Magistrate Judge Colin H. Lindsay
Magistrate Judge Code : 44AS

Assigned on 8/2/2018 1:24:00 PM
Transaction ID: 14445

[ Request New Judge ]   [ Return ]