IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| DAWN M. MCGEE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 3:18-cv-00512-RGJ |
| | ) | |
| EQUIFAX INFORMATION SERVICES LLC, et al., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL

NOW COMES Plaintiff, Dawn M. McGee, pursuant to Fed. R. Civ. P. 41(a)(1)(A) and files this Notice to Dismiss with prejudice the above-referenced action against Defendant, Equifax Information Services LLC, who has neither filed an Answer nor Motion for Summary Judgment in this action. Each party shall bear her/its own fees.

Respectfully submitted this 5th day of December, 2018.

                                               HEMMINGER LAW OFFICE, PSC

                                               /s/ *David W. Hemminger*
                                               David W. Hemminger
                                               HEMMINGER LAW OFFICE, P.S.C.
                                               331 Townepark Circle, Suite 100-C
                                               Louisville, KY 40243
                                               Tel: (502) 443-1060
                                               Fax: (502) 873-5300
                                               Email: hemmingerlawoffice@gmail.com
                                               *Attorney for Plaintiff Dawn M. McGee*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of December, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Kendall Carter
King & Spalding LLP
1180 Peachtree Street
Atlanta, GA 30309

                                            */s/ David W. Hemminger*
                                            David W. Hemminger