IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| DAWN M. MCGEE | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 3:18-cv-00512-RGJ |
| | ) |
| EQUIFAX INFORMATION SERVICES LLC, ET AL. | ) |
| | ) |
| Defendant. | ) |

## **NOTICE OF VOLUNTARY DISMISSAL**

NOW COMES Plaintiff, Dawn McGee, pursuant to Fed. R. Civ. P. 41(a)(1)(A) and files this Notice to Dismiss with prejudice the above-referenced action against Defendant, Verizon Wireless Services, LLC, only, who has neither filed an Answer nor Motion for Summary Judgment in this action. Each party shall bear his/its own fees.

Respectfully submitted this 30th day of October, 2019.

                                                HEMMINGER LAW OFFICE, PSC

                                                /s/ *David W. Hemminger*
                                                David W. Hemminger
                                                HEMMINGER LAW OFFICE, P.S.C.
                                                331 Townepark Circle, Suite 100-C
                                                Louisville, KY 40243
                                                Tel: (502) 443-1060
                                                Fax: (502) 873-5300
                                                Email: hemmingerlawoffice@gmail.com
                                                *Attorney for Plaintiff Dawn McGee*

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of October, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to counsel of record.

> */s/ David W. Hemminger*
> David W. Hemminger