IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY

DAWN M. MCGEE                                )
                                            )
            Plaintiff,                      )
                                            )
vs.                                         ) Case No. 3:18-cv-00512-RGJ
                                            )
EQUIFAX INFORMATION SERVICES                )
LLC, ET AL.                                 )
                                            )
Defendants.                                 )

### AGREED ORDER OF DISMISSAL

Upon agreement of the Plaintiff, Dawn McGee and the Defendant, Experian Information

Solutions, Inc., each by counsel, and the Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED that Plaintiff's claims asserted in this litigation against

Experian Information Solutions, Inc., are hereby DISMISSED WITH PREJUDICE, each party to

bear its own attorneys' fees and costs.

This 12th day of December, 2019.

/s/ *David W. Hemminger*
David W. Hemminger
Hemminger Law Office, P.S.C.
331 Townepark Circle Suite 100-C
Louisville, KY 40243
*Attorney for Plaintiff Dawn McGee*

/s/ *Thanh-Thuy T. Luong (with permission)*
Thanh-Thuy T. Luong
Jones Day - Irvine
3161 Michelson Drive, Suite 800
Irvine, CA 92612
949-851-3939
Fax: 949-553-7539
Email: tluong@jonesday.com
*Attorney for Defendant Experian Information Solutions, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 12th day of December, 2019 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all parties of record.

_/s/ David W. Hemminger_
David W. Hemminger